James W. Cunningham
Jim Cunningham & Associates, Inc.
6412 Sondra Drive
Dallas, TX  75214-3451
(214) 827-9112

Chapter 7 Bankruptcy Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TX
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CURETON, WILLIAM JOE | § | CASE NO. 13-34859-SGJ-7 |
| | § | |
| DEBTOR | § | |

## **FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| Fee Application of: | James W. Cunningham, Chapter 7 Trustee | | |
| Fee Application of: | September 23, 2013  to  June 17, 2014 | | |
| Retainer Received: | $0.00 | Amount Previously Paid: | $0.00 |

**Amount Requested:**  **Reductions:**

| | | | |
|---|---|---|---|
| Fees: | $1,750.00 | Vol. Fee Reductions: | $0.00 |
| Expenses: | 46.28 | Vol. Expense Reductions: | 0.00 |
| Total: | $1,796.28 | Total Reductions: | $0.00 |

**Expenses:**

| | | | |
|---|---|---|---|
| Copy Expense | $0.20 | Total Copy Expense | $30.60 |
| Postage | $0.49 | Total Postage | $15.68 |

| **Hourly Rates:** | Trustee | Paralegal / Clerical |
|---|---|---|
| Highest Rates: | N/A | $0.00 |
| Hours Billed: | N/A | 0.00 |
| Average: | N/A | $0.00 |

Date:   June 17, 2014                                         /s/ James W. Cunningham
                                                              Chapter 7 Bankruptcy Trustee

James W. Cunningham
Jim Cunningham & Associates, Inc.
6412 Sondra Drive
Dallas, TX  75214-3451
(214) 827-9112

Chapter 7 Bankruptcy Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TX
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CURETON, WILLIAM JOE | § | CASE NO. 13-34859-SGJ-7 |
| | § | |
| | § | |
| DEBTOR | § | |

## APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, ROOM 1254, DALLAS, TX 75242-1496 BEFORE THE CLOSE OF BUSINESS ON JULY 28, 2014, WHICH IS AT LEAST TWENTY FOUR (24) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON THE APPLICANT PRIOR TO THE DATE AND TIME SET FORTH ABOVE.  IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR APPLICATION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

To the Honorable Stacey G. Jernigan, United States Bankruptcy Judge:

Comes now, James W. Cunningham, chapter 7 trustee for the bankruptcy estate of William Joe Cureton and files this *Application for Trustee's Compensation and Expenses* ("Application") to request compensation and reimbursement of expenses pursuant to 11 U.S.C. § 330(a)(1) and (a)(7).  In support of the Application, the trustee submits the following information:

**APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES**

1. On September 23, 2013, the trustee was duly appointed as the chapter 7 trustee.

2. Contemporaneously with the filing of the Application, the trustee has filed a Trustee's Final Report ("TFR") and a Notice of Trustee's Final Report ("NFR").

3. Pursuant to 11 U.S.C. 326(a), the maximum compensation allowable to the trustee is $**1,750.00** based on the total amount disbursed to parties in interest, except for amounts disbursed to the debtor, or to any entity, if the funds disbursed were not property of the estate, e.g. return of a sale deposit. See attached **Exhibit 1** for a detailed calculation of the compensation requested.

4. The trustee has received $**0.00** of the maximum compensation allowable as interim compensation, and now requests $**1,750.00** as final compensation, subject to additional compensation based on the disbursement of additional interest income to parties in interest.

5. In addition, the trustee requests $**46.28** for reimbursement of reasonable and necessary expenses incurred in the administration of the estate. See attached **Exhibit 2** for an itemization of the trustee's expenses.

6. In the event additional interest income accrues on estate funds after the filing of the TFR and before distribution of funds by the trustee, the trustee requests approval of additional compensation based on the disbursement of this additional interest income to parties in interest without further Order of the Court.

WHEREFORE, PREMISES CONSIDERED, James W. Cunningham, the chapter 7 bankruptcy trustee, requests approval of $1,750.00 in compensation and $46.28 in reimbursement of expenses as set forth herein and asks for such other relief to which applicant may be justly entitled.

RESPECTFULLY SUBMITTED,

/s/ James W. Cunningham
Chapter 7 Bankruptcy Trustee

# EXHIBIT 1
## COMPUTATION OF TRUSTEE COMMISSION UNDER 11 U.S.C. 326

| | | | |
|---|---|---|---|
| Total Receipts | $10,000.00 | 25% of First $5,000 | $1,250.00 |
| Less | (5,000.00) | | |
| Balance | $5,000.00 | 10% of Next $45,000 | $500.00 |
| Less | (45,000.00) | | |
| Balance | $0.00 | 5% of Next $950,000 | $0.00 |
| Less | (950,000.00) | | |
| Balance | $0.00 | 3% of Balance | $0.00 |
| | | TOTAL COMMISSIONS | 1,750.00 |

**EXHIBIT 1**

# EXHIBIT 2
## CHAPTER 7 TRUSTEE UNREIMBURSED EXPENSES

| | COPY EXPENSE | Amount |
|---|---|---:|
| 03/12/14 | Copies re service of Motion to Sell - 125 page(s) @ 0.20. | 25.00 |
| 04/24/14 | Copies re docs mailed to purchaser. - 4 page(s) @ 0.20. | 0.80 |
| 06/16/14 | Estimated copies to close case - 24 page(s) @ 0.20. | 4.80 |
| | SUBTOTAL: | 30.60 |

| | POSTAGE | |
|---|---|---:|
| 03/12/14 | Service re Motion to Sell - 25  @ 0.49. | 12.25 |
| 04/24/14 | Postage re items mailed to purchaser.. | 0.49 |
| 06/16/14 | Estimated postage to close case - 6  @ 0.49. | 2.94 |
| | SUBTOTAL: | 15.68 |
| | TOTAL UNREIMBURSD EXPENSES: | $46.28 |

**EXHIBIT 2**